# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) |
| Plaintiff, | ) 14-cv-8132 |
| v. | ) ) |
| EXP PHARMACEUTICAL SERVICES CORP., and JOHN DOES 1-10, | ) Honorable Judge Pallmeyer ) Magistrate Judge Schenkier ) |
| Defendants. | ) |

### DECLARATION OF CATHERINE LATTURNER

I, Catherine Latturner, declare under penalty of perjury, as provided for by the laws of the United States that the following statements are true:

1. I am the Controller at Edelman, Combs, Latturner & Goodwin, LLC. ("ECLG").

2. ECLG received payment in the amount of $35,000.00 from defendant epresenting the settlement funds for the above captioned matter. These were deposited into the ECLG Client Trust Account.

3. ECLG issued the following payments from the $35,000.00 deposit:

    a. Payment in the amount of $2,000.00 issued to Plaintiff Glen Ellyn Pharmacy, Inc.
    b. Payment in the amount of $21,139.27 to the Class Settlement Fund Account to be distributed to class members by the third party claims service.
    c. Payment in the amount of $11,860.74 to ECLG for attorneys' fees and costs.

Executed this 22nd day of March, 2016 at Chicago, IL

Catherine Latturner

Subscribed and sworn to me
this 22nd day of March, 2016

Notary Public

OFFICIAL SEAL
RAQUEL ALVAREZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/29/19